UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHARON HAWKINS,<br>    Plaintiff,<br>v.<br><br>CAVALRY PORTFOLIO SERVICES, LLC,<br>    Defendant. | )<br>)<br>) **Case No.: 1:11-cv-4419-JBS-**<br>) **KMW**<br>)<br>)<br>)<br>)<br>) |

NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the above-captioned case has been

DISMISSED with prejudice.


/S/ Amy L. Bennecoff
Amy L. Bennecoff
Attorney ID # AB 0891
Kimmel & Silverman, P.C
1930 E. Marlton Pike, Suite Q29
Cherry Hill, New Jersey 08003
Phone: (856)429-8334
Facsimile (856) 216-7344
Email: abennecoff@creditlaw.com